UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR CASE NO. AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 21-sw-00516-KLM |

**MOTION FOR ORDER TO UN-RESTRICT CASE AND TO ALLOW DISCLOSURE**

The United States of America, moving by and through its undersigned counsel, respectfully submits this *ex parte* application for an order in 21-sw-00516 to un-restrict the case, to un-restrict the documents in it, and to allow the Provider in this case to disclose the Court's previous order to the subscriber(s) of the account(s).

The United States asks for this order because the reasons cited in its original motion for an order of non-disclosure and to restrict no longer exist.

WHEREFORE, the United States respectfully requests that the Court issue an order granting the relief sought in this Motion.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/ Bryan D. Fields*
By: Bryan D. Fields
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: bryan.fields3@usdoj.gov